JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ANNA MARIE EHRMANN,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:24-cv-02647-DFM<br>Assigned to Mag. Judge Douglas F. McCormick<br><br>**ORDER APPROVING JOINT STIPULATION TO REMAND THE CASE TO STATE COURT**<br><br>Removal filed: Dec. 6, 2024<br><br>Complaint Filed: July 22, 2024<br>(Orange County Superior Court Case No. 30-2024-01414578-CU-PO-CJC) |

Pursuant to the Stipulation of Plaintiff ANNA MARIE EHRMANN and Defendant DOLLAR TREE STORES, INC., and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action shall be remanded to the Superior Court for the County of Orange with each party to bear their own fees and costs with respect to the removal and subsequent remand; and

///

///

2. The Clerk of the Court shall mail a copy of the Court's remand order to the Clerk of the Superior Court for the County of Orange.

DATED: February 3, 2025

                                   _____
                                   Hon. Douglas F. McCormick
                                   United States Magistrate Judge